RECEIVED
IN LAKE CHARLES, LA

DEC 21 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOHN BERFECT** | : | **DOCKET NO. 07-1129** |
| VS. | : | **JUDGE TRIMBLE** |
| **J.P. YOUNG, WARDEN** | : | **MAGISTRATE JUDGE HILL** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 is hereby **DISMISSED without prejudice.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 21st day of December, 2007.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE